Yongmoon Kim
ykim@kimlf.com
Hasan Siddiqui
hsiddiqui@kimlf.com
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. & Fax (201) 273-7117

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALISON GEORGE, *on behalf of herself and those similarly situated,*<br><br>        Plaintiff,<br><br>    vs.<br><br>RUSHMORE SERVICE CENTER, LLC;<br>MILES K. BEACOM;<br>DALE DOBBERPUHL;<br>THOMAS D. SANFORD; and<br>JOHN DOES 1 to 10,<br><br>        Defendants. | Civil Action No.<br><br>2:18-cv-13698-WJM-AME |

TO:    Daniel J.T. McKenna, Esq.
       William P. Reiley, Esq.
       BALLARD SPAHR LLP
       210 Lake Drive East, Suite 200
       Cherry Hill, New Jersey 08002
       *Attorneys for Defendants*

**PLEASE TAKE NOTICE** that on March 20, 2023, or as soon thereafter as

the Court's calendar permits, Plaintiff, by and through her undersigned counsel,

will move this Honorable Court, located at the Martin Luther King Building &

U.S. Courthouse, 50 Walnut Street, Courtroom MLK 4B, Newark, New Jersey

07101, for an Order Vacating the Arbitration Award rendered in relation to this

matter on November 14, 2022, pursuant to the Federal Arbitration Act, 9 U.S.C. §

10. Defendants' response is due on March 6, 2023.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely

upon the following: attached brief in support of motion, declaration with exhibits,

and proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that unless timely responsive

papers are filed in accordance with the applicable rules, this motion may be

deemed uncontested.

Respectfully submitted,

*s/Yongmoon Kim*
Yongmoon Kim, Esq.
KIM LAW FIRM LLC

DATED: February 14, 2023          *Attorneys for Plaintiff*