

**Kim**LawFirm LLC

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

March 9, 2023

***Via ECF***

Honorable Andre M. Espinosa, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 2D
Newark, New Jersey 07101

<span style="color:blue"><b>ORDER</b></span>

> **Re:**   ***George v. Rushmore Service Center, LLC, et al.***
> **Case No. 2:18-cv-13698-WJM-AME**
> **Our File No. 18-067**

Dear Judge Espinosa:

This firm represents the Plaintiff in the above-referenced matter. I write to request an adjournment of Plaintiff's Motion to Vacate Arbitration Award (ECF No. 66)—which is currently returnable on March 20, 2023.

The reason for this request is due to the undersigned's current work schedule. Additionally, the undersigned is currently away this week on business with limited internet access.

Should the Court grant this request, Plaintiff's reply brief currently due March 13th, would be due on March 27th.

Defendants consent to this request.

Thank you for Your Honor's time and courtesies in this matter.

Very truly yours,

*s/Yongmoon Kim*
Yongmoon Kim, Esq.
KIM LAW FIRM LLC

YK/jy
cc:   All Counsel of Record (*via ECF*)

<span style="color:blue">The motion to vacate arbitration award is adjourned one motion cycle.
Plaintiff's reply brief must accordingly be filed by March 27, 2023.</span>

<span style="color:blue">

**SO ORDERED** this 10th day of March 2023.
*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA, U.S.M.J.

</span>