## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALISON GEORGE,<br><br>           Plaintiff,<br><br>      v.<br><br>RUSHMORE SERVICE CENTER, LLC., *et al.,*<br><br>           Defendants. | Civ. No. 2:18-CV-13698 (WJM)<br><br>ORDER |

**WILLIAM J. MARTINI, U.S.D.J.**

This matter comes before the Court on Plaintiff Allison George's Motion to Vacate the Arbitration Award ("Motion") pursuant to. ECF No. 66; and the Court having considered the papers in support and in opposition; for the reasons stated in the accompanying Opinion, and for good cause shown; **IT IS** on this 30th day of May 2023, **ORDERED** that Plaintiff's Motion is **DENIED**.

WILLIAM J. MARTINI, U.S.D.J.