Yongmoon Kim
ykim@kimlf.com
Mark Jensen
mjensen@kimlf.com
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. & Fax: (201) 273-7117

*Attorneys for Plaintiff Alison George*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ALISON GEORGE, *on behalf of herself and those similarly situated,* <br><br> Plaintiff, <br><br> vs. <br><br> RUSHMORE SERVICE CENTER, LLC; MILES K. BEACOM; DALE DOBBERPUHL; THOMAS D. SANFORD; and JOHN DOES 1 to 10, <br><br> Defendants. | Case No. 2:18-cv-13698-WJM-AME <br><br><br><br> **NOTICE OF APPEAL** |

**NOTICE** is hereby given that Plaintiff Alison George hereby appeals to the

United States Court of Appeals for the Third Circuit from the District Court's

Order (Document 52) entered on May 11, 2020 granting Defendants' Motion to

Compel arbitration for the reasons stated in the Court's Opinion (Document 51)

dated May 11, 2020; and from the District Court's Order (Document 73) entered

Page 1 of 2

on May 30, 2023 denying Plaintiff's Motion to Vacate the Arbitration Award for

the reasons stated in the Court's Opinion (Document 72) dated May 30, 2023.

Respectfully submitted,

Dated: June 28, 2023

*s/Mark Jensen*

Mark Jensen

KIM LAW FIRM LLC

*Attorneys for Plaintiff Alison George*