UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2189

_____

ALISON GEORGE,
                                                        Appellant

v.

RUSHMORE SERVICE CENTER, LLC;
MILES K. BEACOM; DALE DOBBERPUHL;
THOMAS D. SANFORD; JOHN DOES 1 to 10

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-18-cv-13698)
District Judge: Honorable William J. Martini

_____

Argued on May 2, 2024

Before: KRAUSE, CHUNG, and RENDELL, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court
for the District of New Jersey and was argued on May 2, 2024.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this
Court that the orders of the District Court entered on May 11, 2020, and May 31, 2023, be
and the same are hereby **VACATED**, and this matter is **REMANDED** to the District Court
for further proceedings.  Each party to bear its own costs.

All of the above in accordance with the opinion of this Court.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk

DATE: August 13, 2024