

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

Monday, September 30, 2024

***Via ECF***

**LETTER REQUESTING ENTRY OF ORDER FOLLOWING MANDATE**

Honorable William J. Martini, U.S.D.J.
UNITED STATES DISTRICT COURT
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 4B
Newark, NJ 07101

> RE:  *Alison George v. Rushmore Service Center, LLC, et al.*,
>        Case 2:18-cv-13698-WJM-AME

Dear Judge Martini,

My office represents the Plaintiff Alison George. Pursuant to ECF No. 79, the Clerk of the Third Circuit filed the mandate of the United States Court of Appeals including a certified copy of the Judgment. I enclose a proposed confirmatory Order pursuant to the Seven-Day Rule.

The Third Circuit concluded that the harm caused by Defendants' violation of her rights protected by the Fair Debt Collection Practices Act is not sufficiently concrete for a federal court to exercise subject matter jurisdiction over the claim, over Defendants' motion to compel arbitration, or over Plaintiff's motion to vacate the arbitrator's award. Consequently, it vacated the Court's Orders [ECF Nos. 52, 73] as to each motion. Furthermore, the lack of subject matter jurisdiction compels dismissal of this action without prejudice.

In accordance with the Docket Text entered on September 5, 2024, I enclose a proposed form of Final Order which, I believe, carries out the Third Circuit's judgment. Pursuant to L.Civ.R. 58.1(b), the service of a copy of this letter via ECF is notice to all parties that "if no specific objection to [the enclosed Final Order] with reasons therefor is received from the adversary within seven days of receipt of the prevailing party's judgment or order, the judgment or order may be signed by the Court."

Thank you for Your Honor's consideration in this matter.

Respectfully,

*s/Philip D. Stern*
Philip D. Stern

Enclosure

cc:   All Counsel of Record via ECF

18-067