Philip D. Stern (pstern@kimlf.com)
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
(201) 273-7117

*Attorneys for Plaintiff, Alison George*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALISON GEORGE, on behalf of herself and those similarly situated,<br><br>               Plaintiff,<br><br>       *vs.*<br><br>RUSHMORE SERVICE CENTER, LLC; MILES K. BEACOM; DALE DOBBERPUHL; THOMAS D. SANFORD; and JOHN DOES 1 to 10,<br><br>              Defendant. | Case 2:18-cv-13698-WJM-AME<br><br><br><br>**FINAL ORDER** |

This matter having been opened to the Court on the application of Plaintiff Alison George for an Order following the certified Judgment [ECF No.79] of the United States Court of Appeals for the Third Circuit, and for good cause shown;

**IT IS HEREBY ORDERED:**

1. This Court's **Order [ECF No. 52]** entered on May 11, 2020 which granted Defendants' motion [ECF No. 43] to compel arbitration be and hereby is **VACATED** based on this Court's lack of subject matter jurisdiction.

2. This Court's **Order [ECF No. 73]** entered on May 31, 2023 which denied Plaintiff's motion [ECF No. 66] to vacate the arbitrator's award be and hereby is **VACATED** based on this Court's lack of subject matter jurisdiction.

3. This action be and hereby is **DISMISSED** without prejudice and without costs based on this Court's lack of subject matter jurisdiction.

4. The Final Order having resolved all issues as to all parties, the Clerk is directed to close this action.

**SO ORDERED:**

_____
**HONORABLE WILLIAM J. MARTINI, U.S.D.J.**

page **1** of **1**